UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    *Plaintiff*,　　　　　　Case No. 25-MC-50559

    -V-　　　　　　　　　HON. SUSAN K. DeCLERQ

**WILLIAM SMITH,**

    *Defendant*.

**KIMBERLY SMITH**

    *Third party Claimant/Petitioner*

---

PERKINS LAW GROUP, PLLC
TODD PERKINS P55623
615 Griswold, Suite 400
Detroit, Michigan  48226
(313) 964-1702
E-Mail: Tperkins@perkinslawgrop.net

---

### APPERANCE OF COUNSEL FOR KIMBERLY SMITH-CLAIMANT

    **PLEASE TAKE NOTICE that** the **PERKINS LAW GROUP, PLLC,** by and through, **TODD PERKINS**, does hereby enter an appearance on behalf of **KIMBERLY SMITH,** Claimant/Petitioner, in above-noted cause(s) of action.


                        Respectfully submitted,

                        THE PERKINS LAW GROUP, PLLC

/s/ Todd Russell Perkins
Todd Russell Perkins
615 Griswold, Ste. 400
Detroit, MI 48226
(313) 964-1702
(313) 964-1980 fax
tperkins@perkinslawgroup.net

DATED : June 4, 2025

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 4, 2025, I electronically filed the foregoing papers with the Clerk of court using the ECF system, which will send notification of such a filing to all ECF participants.

          Respectfully submitted,

          THE PERKINS LAW GROUP PLLC
          <u>/s/ Todd Russell Perkins</u>
          Todd Russell Perkins
          615 Griswold, Ste. 400
          Detroit, MI 48226
          (313) 964-1702
          (313) 964-1980 fax
          tperkins@perkinslawgroup.net