UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM A. SMITH,

    Defendant.

Case No. 24-cv-1626
Honorable Susan K. DeClercq

Criminal No: 24-CR-20532

_____/

Orlans Law Group PLLC
Sogol I. Plagany (P69690)
Caleb J. Shureb (P63350)
Attorneys for Petitioner,
U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CMLTI ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3 / Serviced by Shellpoint Mortgage Servicing
P.O. Box 5041, Troy, Michigan 48007
(248) 502-1400 (phone)
splagany@orlans.com (email)

_____/

## PETITIONER'S CLAIM TO FORECLOSE FORFEITED PROPERTY

1. U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CMLTI ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3 hereby makes a claim of interest in the subject property situated in the City of Detroit, County of Wayne, State of Michigan, and legally described as:

   Lot 181, of Cresent Heights Subdivision, according to the Plat thereof, as recorded in Liber 35, Page 29, Wayne County Records.

   TAX #: 22065901.

      Commonly known as: 15455 Gilchrist St, Detroit, Michigan 48227 (the "Property")
Listed as item "yy." in the Notice of Stipulated Preliminary Order of Forfeiture.

2. On December 18, 2006, Kimberly L. Smith, a married woman, and William Smith, her husband, signed and executed a mortgage (the "Mortgage") to Argent Mortgage Company, LLC as security for the repayment of the loan under the terms of a Note; the Mortgage was recorded January 24, 2007 in Liber 45881, Page 402, Wayne County Records, in the original amount of $110,925.00.

3. The Mortgage was assigned from Argent Mortgage Company, LLC to U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CMLTI ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3 via an Assignment of Mortgage recorded January 6, 2025, in Liber 59279, Page 1459, Wayne County Records.

4. The amount of the indebtedness secured by the Mortgage through July 4, 2025, is no less than $192,880.72.

5. The basis of this claim is that the Petitioner is the first mortgagee of record and intends to foreclose the subject property based upon the defaulted mortgage / note.

6. Wherefore, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CMLTI ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3 makes a claim to foreclose the subject Property, by advertisement pursuant to MCL 600.3201 et. seq., for an amount not to exceed their total debt, plus allowable costs. Pursuant to MCL 600.3252 any

overbid proceeds from the foreclosure will be held by the County Sheriff for distribution in accordance with their priority.

(Signature/ Notary page to follow).

Dated: October 10, 2025

*[Signature]*
CALEB J. SHUREB (P63350)
Attorney for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CMLTI ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3

Subscribed and sworn to before me on this 10th day of October, 2025, by Caleb J. Shureb, attorney for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CMLTI ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

I certify under the penalty of perjury under the laws of the State of Michigan that the foregoing paragraph is true and correct.

*[Signature]*
Theresa L. Hall, Notary Public
State of Michigan, County of Macomb
Acting in the County of Oakland
My commission expires: August 14, 2029