UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No. 24-cr-20532
Hon. Susan K. DeClercq

WILLIAM A. SMITH

Defendant.

## PETITION FOR ANCILLARY PROCEEDING

I, Kimberly Smith, hereby submit this petition for an ancillary proceeding pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1) claiming an interest in the forfeited property listed in the published notice.

I swear under penalty of perjury that the information provided in this petition is true and correct to the best of my knowledge.

**Nature and Extent of Interest in Forfeited Property:**

The Nature and Extent of Interest in the Forfeited Property includes but is not limited to cash bank accounts, vehicles, jewelry, miscellaneous clothing, and real property.

- Cash Bank accounts (Lines A, E, G, F, S and T)

- Electronics (Section AA) - Items 1-8, 10, and 14

- Miscellaneous Clothing (Section CC) – Items 21, 23, 27, 36, 37, and 39

- Miscellaneous Clothing (Section DD) – Items 7 and 8

- Miscellaneous Clothing (Section FF) – Item 2

1

- Miscellaneous Clothing (Section HH) – Items 1 and 2
- Miscellaneous Clothing (Section II) – Items 1-12
- Miscellaneous Clothing (Section JJ) – Items 1-3
- Section KK, Items 1-3
- Miscellaneous Clothing (Section MM) – Items 2 and 3
- Miscellaneous Clothing (Section NN) – Items 1, 2, 4-7
- Section OO.
- Miscellaneous Jewelry (Section PP) – Items 1-3
- Miscellaneous Jewelry (Section QQ) – Items 3 and 4
- Real Estate –
    - 6405 Penrod, Detroit, MI - bought as a rental property.
    - 15455 Gilchrist – Detroit, MI – property bought by Ms. Smith's parents
    - 21291 Equestrian Trail - Northville - marital home
    - 11914 Deepwater Ridge Way - Cypress, TX - secondary home
    - 25307 Ross Drive, Redford Twp - titled to Ms. Smith through an LLC (Ross Drive, LLC)

**Time and Circumstances of Acquisition of Interest:**

*Bank Accounts*

For Line A – The chase bank account is held in Mr. Smith's parents' name for daughter, Loren Smith (age 21), and for purposes of her college/graduate school fund. The time this account was acquired is unknown to Ms. Kimberly Smith.

For Line E and Line G – Loren Smith's chase bank accounts ending in 2235 and 5531 are her own and personal checking and saving account acquired at the during her high school career between 2017-2021.

For Line F – Joint marital chase bank account ending in 9324 was acquired in 2002 as a result of our marriage.

For Line S – Mr. Smith acquired this 401K account through his employer in 2006, after our marriage.

For Line T – It is upon my belief and facts that Mr. Smith acquired this 401K after our marriage but at least five (5) years prior to the current date.

*Electronics*

For items 1 through 8 – These are a combination of Kimberly and Loren Smith's property which includes school memories and other memories over the years for at least 15-20 years prior to current date.

For item 10 – This includes a flash drive that has Kimberly Smith's photos and memories over the years, for at least 10-15 years prior to current date.

For item 14 – This includes a nook tablet owned by Kimberly Smith that was acquired at least 10-12 years prior to current date.

*Miscellaneous Clothing*

There are various women clothing and accessories, shoes and purse/bags owned by Kimberly and Loren Smith purchased over the previous years, beginning at least 10-15 years prior to current date.

For File No. 24-FBI-008708 (Items 7 and 8) – These are items that were purchased by Loren Smith for her father.

*Jewelry and Accessories*

For File No. 24-FBI-008713 (Items 1-12) – These items include sunglass shades that belong to either Kimberly Smith and/or Loren Smith which were purchased over the years beginning at least 5-10 years prior to current date.

3

For File No. 24-FBI-008720 (Line OO) – This item includes Tiffany and Co. wine glasses purchased for Kimberly and Will Smith as a marital gift in 2002.

For File No. 24-FBI-008721 (Line PP; 1, 2 and 3) – These items include a mom diamond necklace, diamond tennis bracelet, and Tiffany cross purchased by Loren Smith as a gift to Kimberly Smith in 2020.

For File No. 24-FBI-008722 (Lines 3 and 4) – These items include a pandora necklace and pandora ring purchased by Loren Smith's grandparents as a gift.

*Real Estate*

For 15455 Gilchrist, Detroit, MI – This property was purchased by Kimberly Smith's mother in 1973.

For 6405 Penrod, Detroit, MI – This property was bought as a rental property.

For 21291 Equestrian Trail, Northville, MI – This property was acquired as a marital property by Will and Kimberly Smith in 2012 after their 2002 marriage.

For 11914 Deepwater Ridge Way, Cypress, Texas – This property was acquired by Will Smith for the union in 2021 after their 2002 marriage.

25307 Ross Drive, Redford Township, MI – This is a marital property that was purchased in 2002 titled to both William Smith and Kimberly Smith but transferred to her business, Ross Drive, LLC, in April 2024. Kimberly Smith's parents has resided at this address since 2016.

**Additional Facts Supporting Claim:**

The personal and real property that Kimberly seeks to retrieve are either a result of the marriage or personal acquisition. Thus, it is marital property or property acquired through gifts or her own personal purchasing with legal monies separate from the subject of this criminal matter.

**Relief Sought:**

Kimberly Smith seeks to acquire all the personal property requested. In the event the personal property cannot be acquired, she requests the monetary value. Kimberly Smith seeks to acquire all real property, "as is."

I declare under the penalty of perjury under the laws of the State of Michigan and the United States that the foregoing is true and correct.

Signed,

/s/ _____

Kimberly Smith

Respectfully Submitted,

*/s/ Todd R. Perkins, Esq.*
**Perkins Law Group, PLLC**
615 Griswold Street, Suite 400
Detroit, Michigan 48226
(313) 964-1702 Office
(313) 964-1980 Fax