UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
        Plaintiff,

v.

WILLIAM A. SMITH,
        Defendant.

Case No. 25-mc-50559
Honorable Susan K. DeClerq

**INDEX OF EXHIBITS TO
THIRD-PARTY PETITION ASSERTING
<u>INTEREST IN FORFEITED PROPERTY</u>**

Exhibit A    Mortgage

Exhibit B    Assignment of Mortgage

4937-9241-0229.1