# EXHIBIT B

```
2024270534    L: 59136 P: 1113    ASG
10/16/2024 01:11:36 PM  Total Pages: 2
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED
```

_____ [Space Above This Line for Recording Data] _____

This Document Prepared By:
MARTHA CORREA
BANK OF AMERICA, N. A.
MC: FL1-908-01-05
4909 SAVARESE CIR.
TAMPA, FL 33634
(800) 444-4302
Tax/Parcel #: 22-78261

When Recorded Mail To:
BANK OF AMERICA, N. A.
MC: FL1-908-01-05
4909 SAVARESE CIR.
TAMPA, FL 33634

## ASSIGNMENT OF MORTGAGE

For Value Received, **BANK OF AMERICA, N. A.**, the undersigned holder of a Mortgage (herein "Assignor") whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634**, does hereby grant, sell, assign, transfer and convey, unto **SELECT PORTFOLIO SERVICING, INC.**, (herein "Assignee"), whose address is **3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119**.

A certain Mortgage dated **OCTOBER 18, 2002** having been given to secure payment of **$71,150.00**, which Mortgage is recorded on **JANUARY 14, 2003** in INSTRUMENT NO. 203100588, BK 37569, PG 2461 of the official Records of **WAYNE COUNTY**, State of **MICHIGAN**, made and executed by **WILLIAM SMITH AND KIMBERLY SMITH, HUSBAND AND WIFE**, upon the following property located at **6405 PENROD, DETROIT, MICHIGAN 48228** and situated in **WAYNE** County, State of **MICHIGAN**.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

## LOT 503, FRISCHKORN'S HIGHLANDS NO. 2, SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 41, ON PAGE 23 OF PLATS, WAYNE COUNTY RECORDS.

Assignment Mortgage                     Page 1                            870774908

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on

10/15/2024
Date

BANK OF AMERICA, N. A.

By: *[signature]*
MARTHA LUCIA CORREA
ASSISTANT VICE PRESIDENT

_____ [Space Below This Line for Acknowledgments] _____

STATE OF    FLORIDA
COUNTY OF  HILLSBOROUGH

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15 day of October, 2024, by MARTHA LUCIA CORREA as ASSISTANT VICE PRESIDENT for BANK OF AMERICA, N. A.

*[signature]*
(Signature of Notary Public - State of Florida)
Alexandra Monegro
(Print, Type, or Stamp Commissioned Name of Notary Public)

ALEXANDRA MONEGRO
Notary Public, State of Florida
Commission# HH 530416
My comm. expires May 23, 2028

Personally Known OR Produced Identification
Type of Identification Produced _____ N/A _____

Assignment Mortgage                Page 2                                870774908