**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

    Plaintiff,

v.

    Case No. 24-cr-20532
    Hon. Susan K. DeClercq

WILLIAM A. SMITH

    Defendant **and**,

DARRELL GREER,
    Third Party Claimant/Petitioner

## THIRD PARTY PETITION OF DARRELL GREER

Darrell Greer with and through counsel Adam G. Clements files a Petition pursuant to 21 U.S.C. § 853(n) and states as follows:

1.  Petitioner Darrell Greer a private individual residing in the State of Michigan.

2.  I, Darrell Greer, hereby submit this petition for an ancillary proceeding pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1) claiming an interest in the forfeited property listed in the published notice.

1

3.      In response to the Forfeiture of Property for Defendant William Smith, I, Darrell Greer, claims the following property as the owner with a legitimate interest in each of the following:

**A. Nature and Extent of Interest in Forfeited Property:**

The Nature and Extent of Interest in the Forfeited Property includes but is not limited to real property.

1. Real Estate –
   - 16527 Biltmore, Detroit, MI 48235.

**B. Time and Circumstances of Acquisition of Interest:**

<u>*Real Estate*</u>

**For 16527 Biltmore, Detroit, MI 48235,** Mr. Greer purchased this home from Mr. William Smith on April 29, 2024, for $35,000. **(EXHIBIT A – QUIT CLAIM DEED)**

**Additional Facts Supporting Claim:**

The real property that Mr. Greer seeks to retrieve is a result of personal acquisition. Thus, it is real property acquired through his own personal purchasing with legal monies separate from the subject of this criminal matter.

## RELIEF

Petitioner Claimant is seeking the release and return of the above items of real property that belongs to him and was improperly retained by the United States Government. The Petitioner asserts that he has a legal right of ownership, title and interest in the property such that the Preliminary Order of Forfeiture of the subject real property is invalid. He asserts that his right as a Petitioner with a vested interest superior to any other interest claimed by the government or any other party. I respectfully request that this petition be considered and that the court grant the relief sought.

I, Darrell Greer, have read the above information swear under penalty of perjury that the information provided in this petition is true and correct to the best of my knowledge.

Signed,

/s/_____
Darrell Greer

Respectfully Submitted,

*/s/ Adam G. Clements, Esq*
**Perkins Law Group, PLLC**
615 Griswold Street, Suite 400
Detroit, Michigan 48226
(313) 964-1702 Office
(313) 964-1980 Fax

3

**Prepared By:**
Mr. William Smith
16510 Biltmore St
Detroit, Michigan 48235

**After Recording Return To:**
You Services, LLC
16801 Avon
Detroit, Michigan 48219

'24 APR-29 AM 9:43

Bernard J. Youngblood
Wayne County Register of Deeds
2024149741          L: 58839 P: 947
04/29/2024 09:43 AM    QCD    Total Pages: 3

TAX PARCEL ID #: 22064458

# QUIT CLAIM DEED

**BE IT KNOWN BY ALL,** that YBE Property Group, LLC *("Grantor")*, a/an Michigan company, **whose address is** 269 Walker Street, Suite 418, Detroit, Michigan 48207, hereby **REMISES, RELEASES AND FOREVER QUITCLAIMS TO** You Services, LLC *("Grantee")*, a/an Michigan company, **whose address is** 16801 Avon, Detroit, Michigan 48219, all right, title, interest and claim to the following real estate property located at 16527 Biltmore St in the City/Township of Detroit, located in the County of Wayne and State of Michigan and ZIP code of 48235, to-wit:

Property having Lot No., with the Section No., and having the following description: W BILTMORE 804 B E TAYLORS RAINBOW SUB L41 P75 PLATS, W C R 22/6 40 X 107.03.

**FOR VALUABLE CONSIDERATION,** in the amount of $35,000.00 dollars, given in hand, and for other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged.

**BE IT FURTHER KNOWN,** that this transfer shall be effective as of 04/23/2024, and that the Grantor makes no promises as to ownership of title to the above-referenced Property, but simply agrees to transfers whatever interest the Grantor has in it to the Grantee.

**TO HAVE AND TO HOLD** all of Grantor's right, title and interest in and to the above described Property is hereby transferred unto the Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any party thereof.

(Grantor's or Authorized Representative's Signature)
William Smith
Managing Member of YBE Property Group, LLC

(Grantee's or Authorized Representative's Signature)
Darrell Greer
Managing Member of You Services, LLC

MICHIGAN REAL ESTATE TRANSFER TAX
Wayne County Tax Stamp #694609
04/29/2024
Receipt# 24-142739  L: 58839 P: 947
State Tax: $262.50  County Tax: $38.50



Signed in our presence:

(Witness #1 Signature)

Rashad Reeves
(FIRST WITNESS NAME TYPED)

(Witness #2 Signature)

Jennifer Smith
(SECOND WITNESS NAME TYPED)

STATE OF MICHIGAN ) 
                                              ) SS. 
COUNTY OF WAYNE )

The foregoing Quit Claim Deed was acknowledged before me on April 23, 2024 by William Smith, who is [*Managing member of YBL Property Group LLC* — handwritten margin note] personally known to me or who has produced a valid driver's license and/or passport as identification, and such individual(s) having executed aforementioned instrument of his/her/their free and voluntary act and deed.

**IN WITNESS THEREOF,** to this Quit Claim Deed, I set my hand and seal.

Signed, sealed and delivered in the presence of:

_____
(Signature of Notary)

Jamie Givens
(Printed Notary Name)  Wayne, Michigan

My Commission expires: June 25, 2030

**Grantee's Address:**

Darrell Greer
Managing Member
You Services, LLC
16801 Avon
Detroit, Michigan 48219

**Grantor's Address:**

William Smith
Managing Member
YBE Property Group, LLC
269 Walker Street, Suite 418
Detroit, Michigan 48207

**Mail Subsequent Tax Bills To:**
You Services, LLC
16801 Avon
Detroit, Michigan 48219

```
                                                                      1274
YOU SERVICES, LLC.
   16801 AVON AVE
   DETROIT, MI 48219                                              74-347-724
                                          DATE  4/22/24

PAY
TO THE
ORDER OF  YBE Property Group                          $ 25,000

  Twenty Five Thousand and —00/100                 DOLLARS

  Huntington
                                                VOID AFTER 90 DAYS
FOR  Remaining balance (16527 Biltmore)      [signature]

⑈000001274⑈ ⑆072403473⑆ 013818729011⑈
```

Endorsement (back):
JPMorganChaseBank 042503 110012 912970011225

YBE Property Group
[signature]



April 12, 2024 through May 13, 2024
Primary Account: **000000034867355**

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/15 | Card Purchase | 04/14 Dillards 698 Dillard' 501-320-3700 AR Card 7013 | 263.41 |
| 04/15 | Card Purchase | 04/13 Carrabbas 7304 Novi MI Card 7013 | 105.20 |
| 04/15 | ATM Withdrawal | 04/14 28660 Northwestern Hwy Southfield MI Card 7013 | 500.00 |
| 04/15 | Recurring Card Purchase | 04/14 Freep.Com 888-426-0491 IN Card 7013 | 14.99 |
| 04/15 | Recurring Card Purchase | 04/14 Volcano Auto Wash 248-668-9966 MI Card 7013 | 32.99 |
| 04/15 | Card Purchase | 04/15 Amzn Mktp US*Rq0Mw8T Amzn.Com/Bill WA Card 7013 | 22.24 |
| 04/16 | Card Purchase | 04/15 Amazon.Com*J77C91H33 Amzn.Com/Bill WA Card 7013 | 16.54 |
| 04/16 | Card Purchase With Pin | 04/16 Bp#8670952Megan Southfield MI Card 7013 | 38.76 |
| 04/17 | Card Purchase | 04/16 AL Oumaro Restaurant 877-8144102 MI Card 7013 | 26.80 |
| 04/17 | Card Purchase With Pin | 04/17 Uber *Eats San Francisco CA Card 7013 | 27.27 |
| 04/18 | Card Purchase | 04/18 Roger Forney 313-5872002 MI Card 7013 | 35.00 |
| 04/19 | Card Purchase With Pin | 04/19 Shell Service Statio Farmington Hl MI Card 7013 | 30.76 |
| 04/22 | Recurring Card Purchase | 04/19 Apple.Com/Bill 866-712-7753 CA Card 7013 | 10.99 |
| 04/22 | Card Purchase | 04/19 Zeidmans Jewelry And Lo Southfield MI Card 7013 | 110.00 |
| 04/22 | Card Purchase With Pin | 04/20 Uber *Trip San Francisco CA Card 7013 | 49.00 |
| 04/22 | Card Purchase With Pin | 04/20 Gfs Store 24475 Telegr Southfield MI Card 7013 | 15.96 |
| 04/22 | Recurring Card Purchase | 04/21 Google *Google Storag 855-836-3987 CA Card 7013 | 1.99 |
| 04/22 | Card Purchase | 04/21 Dazn US Dazn.Com NY Card 7013 | 79.99 |
| 04/22 | Card Purchase | 04/20 Bp#8670952Megan Mary IN Southfield MI Card 7013 | 38.20 |
| 04/22 | Card Purchase | 04/21 Rite Aid 04399 West Bloomfie MI Card 7013 | 68.91 |
| 04/22 | Card Purchase | 04/22 Amzn Mktp US*Ba8Zb8M Amzn.Com/Bill WA Card 7013 | 9.53 |
| 04/22 | Card Purchase With Pin | 04/22 Mason I Inc. Detroit MI Card 7013 | 63.85 |
| 04/23 | ATM Withdrawal | 04/23 28660 Northwestern Hwy Southfield MI Card 7013 | 1,000.00 |
| 04/24 | Card Purchase | 04/22 Launch Dearborn (POS) Dearborn MI Card 7013 | 68.00 |
| 04/24 | Card Purchase | 04/23 Alchile Mexican Grill 313-207-5989 MI Card 7013 | 39.92 |
| 04/25 | Card Purchase | 04/25 Spi*Directv Stream 800-531-5000 CA Card 7013 | 170.98 |
| 04/25 | Card Purchase | 04/25 Roger Forney 313-5872002 MI Card 7013 | 35.00 |
| 04/26 | Card Purchase With Pin | 04/26 Meijer 109 Gas Station Commerce MI Card 7013 | 30.72 |
| 04/29 | Card Purchase | 04/26 Prime Video Channels Amzn.Com/Bill WA Card 7013 | 9.99 |
| 04/29 | Card Purchase | 04/26 Famous Fried Chicken Farmington Hl MI Card 7013 | 51.69 |
| 04/29 | Card Purchase With Pin | 04/27 Costco Gas #0341 Commerce Twns MI Card 7013 | 52.94 |
| 04/29 | Card Purchase | 04/27 Great American Cookies Toledo OH Card 7013 | 6.87 |
| 04/29 | Card Purchase | 04/27 Cracker Barrel 800-3339963 TN Card 7013 | 53.09 |
| 04/29 | Recurring Card Purchase | 04/28 Paramount+ 888-274-5343 CA Card 7013 | 5.99 |
| 04/29 | Card Purchase | 04/29 Amzn Mktp US*Eu03S4N Amzn.Com/Bill WA Card 7013 | 13.98 |
| 04/29 | ATM Withdrawal | 04/29 6920 Orchard Lake Rd West Bloomfie MI Card 7013 | 100.00 |
| 04/29 | Non-Chase ATM Withdraw | 04/29 400 Monroe Detroit MI Card 7013 | 263.00 |
| 04/29 | Card Purchase With Pin | 04/29 Son Sun Cleaners Southfield MI Card 7013 | 153.02 |
| 04/30 | Card Purchase With Pin | 04/30 Bp#8670952Megan Southfield MI Card 7013 | 41.76 |
| 05/01 | Card Purchase | 04/29 Lous Deli 6 Mile Detroit MI Card 7013 | 48.28 |
| 05/01 | Card Purchase | 04/29 Busch's Inc West Bloomfie MI Card 7013 | 31.56 |
| 05/01 | Card Purchase | 05/01 Amzn Mktp US*Yk7822T Amzn.Com/Bill WA Card 7013 | 33.20 |
| 05/01 | Recurring Card Purchase | 05/01 Equifax Consumer 866-640-2273 GA Card 7013 | 19.95 |
| 05/02 | Card Purchase | 04/30 Busch's Inc West Bloomfie MI Card 7013 | 60.35 |
| 05/02 | Card Purchase | 04/30 Churchill's Bistro O West Bloomfie MI Card 7013 | 56.64 |
| 05/02 | Card Purchase | 05/01 Olga S # 113 West Bloomfie MI Card 7013 | 15.70 |
| 05/02 | Recurring Card Purchase | 05/01 The Hawk Moto 248-473-1814 MI Card 7013 | 18.00 |
| 05/02 | Recurring Card Purchase | 05/01 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 7013 | 8.49 |

**Rosenau Powersports**
24732 Ford Rd.
Dearborn Heights, MI 48127-
(313) 278-5000

**Deal For:**
DARRELL GREEN
4664 SANDPIPER LN
WEST BLOOMFIELD, MI 48323

**Sales Deal Deposit Receipt**
Deal Number 90036347
Cashier JOE SOBEK
Date 07/21/2020
Invoice Number 313279330

**Units for this Deal**

| Year | Make | Model | VIN/Serial No. | Plate | Key Board | Odom/Hrs |
|---|---|---|---|---|---|---|
| 2020 |  | Temporary MU |  |  |  | 0.00 |
|  |  | AMEX,VISA,DISCOVER,MC,DEBT: $1,000.00 |  |  |  |  |

Description
Notes

07/21/2020 2:51 PM



July 14, 2020 through August 13, 2020

Primary Account: **000000034867355**

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | Quickpay With Zelle Payment From Andre L Greer 10030542851 | 90.00 |
| 07/31 | Axis Development Quickbooks          PPD ID: 1722616653 | 879.12 |
| 08/03 | Quickpay With Zelle Payment From Teanisha E Eli 10053722974 | 800.00 |
| 08/03 | Quickpay With Zelle Payment From Vanessa Y Rogers 10054447970 | 100.00 |
| 08/07 | Axis Development Quickbooks          PPD ID: 1722616653 | 879.12 |
| **Total Deposits and Additions** | | **$5,909.49** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/15 | Card Purchase | 07/14 Amzn Mktp US*Mj3Kc22 Amzn.Com/Bill WA Card 7013 | $153.64 |
| 07/15 | Card Purchase | 07/14 Volcano Auto Wash Commerce Town MI Card 7013 | 34.99 |
| 07/16 | Card Purchase | 07/15 Nike.Com 800-806-6453 OR Card 7013 | 106.00 |
| 07/16 | Card Purchase | 07/15 Sq *Andrews On The Corn Detroit MI Card 7013 | 61.39 |
| 07/17 | Card Purchase | 07/16 Jets Pizza - MI-049 West Bloomfie MI Card 7013 | 19.05 |
| 07/17 | Card Purchase | 07/16 Churchill's Bistro O West Bloomfie MI Card 7013 | 47.10 |
| 07/20 | Card Purchase With Pin | 07/18 Eddies Jouni Meat IN Farmington HI MI Card 7013 | 35.98 |
| 07/20 | Card Purchase With Pin | 07/18 Busch's Inc #11 West Bloomfi MI Card 7013 | 38.54 |
| 07/20 | Card Purchase | 07/19 Officemax/Depot 6069 Farmington HI MI Card 7013 | 1.25 |
| 07/20 | Card Purchase | 07/19 MI Corporations Div 517-2416470 MI Card 7013 | 25.00 |
| 07/20 | Card Purchase | 07/19 MI Corporations Div 517-2416470 MI Card 7013 | 25.00 |
| 07/20 | Card Purchase | 07/19 MI Corporations Div 517-2416470 MI Card 7013 | 25.00 |
| 07/20 | Card Purchase | 07/19 MI Corporations Div 517-2416470 MI Card 7013 | 25.00 |
| 07/20 | Card Purchase | 07/19 MI Corporations Div 517-2416470 MI Card 7013 | 25.00 |
| 07/20 | Card Purchase | 07/19 MI Corporations Div 517-2416470 MI Card 7013 | 25.00 |
| 07/20 | Card Purchase | 07/19 MI Corporations Div 517-2416470 MI Card 7013 | 5.00 |
| 07/20 | Card Purchase With Pin | 07/20 Wm Superc Wal-Mart Sup Commerce MI Card 7013 | 41.09 |
| 07/20 | Recurring Card Purchase 07/18 Int*Quickbooks Online 800-446-8848 CA Card 7013 | | 40.00 |
| 07/20 | Recurring Card Purchase 07/18 Int*Quickbooks Online 800-446-8848 CA Card 7013 | | 40.00 |
| 07/22 | Card Purchase | 07/21 Leveluppotbelly129518 855-466-5585 MA Card 7013 | 12.49 |
| 07/22 | Card Purchase | 07/21 Rosenau Powersports Dearborn Heig MI Card 7013 | 1,000.00 |
| 07/22 | Card Purchase | 07/21 J. Alexand* J. Alexa Httpsjalexand MI Card 7013 | 23.94 |
| 07/24 | Card Purchase | 07/23 City of Detroit 313-221-2528 MI Card 7013 | 1.15 |
| 07/24 | Recurring Card Purchase 07/24 Vzwrlss*Bill Pay Vn 800-922-0204 FL Card 7013 | | 89.05 |
| 07/27 | Card Purchase | 07/24 Tommys Detroit Bar And Detroit MI Card 7013 | 42.91 |
| 07/27 | Card Purchase | 07/25 Amazon.Com*Mv5X70Ru1 Amzn.Com/Bill WA Card 7013 | 84.79 |
| 07/27 | Card Purchase With Pin | 07/25 Loft Cigars LLC Farmington HI MI Card 7013 | 101.62 |
| 07/27 | Recurring Card Purchase 07/23 Google*Google Music Internet CA Card 7013 | | 9.99 |
| 07/28 | Card Purchase | 07/28 Amzn Mktp US*Mf4B174 Amzn.Com/Bill WA Card 7013 | 117.85 |
| 07/28 | Card Purchase | 07/26 Busch's Inc West Bloomfie MI Card 7013 | 27.65 |
| 07/30 | Card Purchase | 07/29 Volcano Auto Wash Commerce Town MI Card 7013 | 16.00 |
| 07/30 | Card Purchase | 07/29 Meijer # 109 Fuel Commerce MI Card 7013 | 39.52 |
| 07/31 | Card Purchase | 07/30 Amzn Mktp US*Mv8ND7l Amzn.Com/Bill WA Card 7013 | 21.72 |
| 07/31 | Payment Sent | 07/30 Cash App*Rachel Ben 8774174551 CA Card 7013 | 500.00 |
| 07/31 | Recurring Card Purchase 07/31 Equifax Consumer 866-640-2273 GA Card 7013 | | 19.95 |
| 08/03 | Card Purchase | 07/31 City of Detroit 313-221-2528 MI Card 7013 | 2.15 |
| 08/03 | Card Purchase | 08/01 MI Corporations Div 517-2416470 MI Card 7013 | 50.00 |

# STATE OF MICHIGAN

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| 2BXRDDE41MV000025 | 2021 | CAN-AM | | MOTORCYCLE |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND OR LEGEND |
|---|---|---|---|
| MI0006154158 | 08/03/2020 | 000001 | |

**WEIGHT OR FEE CATEGORY**

**ODOMETER BRAND**
*ACTUAL MILEAGE*

**OWNER(S) NAME AND ADDRESS**
DARRELL BERNARD GREER
4664 SANDPIPER LN
WEST BLOOMFIELD          MI    48323

NO SECURED INTEREST ON RECORD

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. **ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.**

I warrant the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

**Completed by Seller**

| Purchaser(s) Name (printed) | | | Date of Sale | Selling Price |
|---|---|---|---|---|
| Purchaser's Street Address | | City | State | Zip |

I (we) certify the odometer reading is: ☐☐☐☐☐☐.☒ (No Tenths) and to the best of my knowledge the odometer mileage is:
☐ actual mileage  ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY**  ☐ exceeds mechanical limits of odometer (odometer has rolled over)

| Signature of Seller(s) | Seller(s) Name (printed) | | | |
|---|---|---|---|---|
| X | | | | |
| Seller's Street Address | City | | State | Zip |

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment
"I am aware of the above odometer certification made by the seller(s)."

**Completed by Buyer**

| Signature of Purchaser(s) | Printed Name of Purchaser(s) |
|---|---|
| X | |

**NEW LIENHOLDER INFORMATION:** The information below must be on an application for title and presented to the Michigan Department of State.

| Secured Party: | Address: |
|---|---|

The State of Michigan, Michigan Department of State certifies this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

**MAILING ADDRESS**

G99213937

DARRELL BERNARD GREER
4664 SANDPIPER LN
WEST BLOOMFIELD          MI    48323

**\*\*NOTICE TO SELLERS\*\***
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.



**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS**