# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 25-mc-50559
Hon. Susan K. DeClercq

v.

WILLIAM A. SMITH,

    Defendant.

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL

Upon the stipulation of counsel as evidenced by the signatures below:

**IT IS HEREBY ORDERED** that Dykema Gossett PLLC, is hereby substituted as counsel for Petitioner Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1, in the place and stead of Orlans Law Group PLLC.

Date: December 1, 2025

**/s/Susan K. DeClercq**
SUSAN K. DeCLERCQ
United States District Judge

**STIPULATED AND AGREED TO BY:**

By: */s/Sogol I. Plagany (w/permission)*  　　By: */s/ Dawn N. Williams*
　　Sogol I. Plagany (P69690)　　　　　　　　　Dawn N. Williams (P72399)
　　Orlans Law Group PLLC　　　　　　　　　　Dykema Gossett PLLC
　　1650 West Big Beaver Road　　　　　　　　201 Townsend Street, Suite 900
　　Troy, MI 48084　　　　　　　　　　　　　　Lansing, MI 48933
　　(248) 502-1359　　　　　　　　　　　　　　(616) 776-7518

2