# EXHIBIT B

Recording Requested By:
Residential RealEstate Review

When Recorded Return To:

Residential RealEstate Review
Collateral Document Services
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**Harris, Texas**
**Residential RealEstate Review#: 0033541970, 40001**

**MIN #:100032412242958384 MERS Corporate Phone Number: 1-888-679-6377**

Date of Assignment: JAN 2 4 2025
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS at P.O. Box 2026, FLINT, MI 48501-2026
Assignee: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM13 Trust at c/o SELECT PORTFOLIO SERVICING, INC., 217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119

Executed By: WILLIAM A. SMITH, A MARRIED MAN To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS
Dated: 05-13-2024 Recorded: 05-23-2024 as Instrument No. RP-2024-187533, Book/Reel/Liber N/A, Page/Folio N/A
In the County of Harris, State of Texas.

Property Address: 11914 DEEPWATER RIDGE WAY, CYPRESS, TX 77433

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $279,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS
On JAN 2 4 2025

By _____
SANDI WIDDOWSON
ASSISTANT SECRETARY
STATE OF Utah
COUNTY OF Salt Lake

On, JAN 2 4 2025 , before me, Jennifer C. Brown , a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared **Assistant Secretary**
**Sandi Widdowson** ,
of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS BENEFICIARY, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Jennifer C. Brown

JENNIFER C BROWN
Notary Public State of Utah
My Commission Expires on:
July 05, 2026
Comm. Number: 725606

KEV*1/3/2025 9:03:27 AM*35454415*35454464*1362*TXHARRI_TRUST_ASSIGN_ASSN

RP-2025-33574

RP-2025-33574
# Pages 2
01/30/2025 01:59 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $25.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS