February 09, 2026

U.S. vs. William A. Smith

Case No. 25-50559



FILED
MAR 04 2026
CLERK'S OFFICE
DETROIT

**Petition of Danielle M. Fairley as to the property address of:**

**11739 Heyden Street,**

**Detroit, Michigan 48228**

This document serves as a formal documentation regarding the verbal agreement made between meyself and Mr. Smith in 2017 concerning the above referenced property.

In 2017, Mr. Smith and I entered into a verbal agreement in which I agreed to pay a total of $50,000, at which time the deed to the property would be transferred into my name.

Prior to this agreement, beginning in 2015, I had already begun financially contributing toward the property in good faith and in anticipation of ownership.

Since 2015, and particularly after the 2017 agreement I have:

Made consistent payments toward the agreed purchase amount

- Made consistent payments toward the agreed purchase amount
- Paid in excess of the agreed $50,000
- Paid property taxes on the home (keeping home from foreclosure)
- Assumed financial responsibility typically associated with ownership

In addition to the purchase payment, I have made substantial remodeling and improvement investments into the property, including but not limited to:

- Structured repairs and maintenance
- Interior renovations and upgrades
- Flooring, walls, fixtures, and cosmetic improvements
- Financial expenditures for material and labor

These improvements increased the value of the property and were made under the clear understanding that ownership would transfer to me upon completion of the agreed payment amount.

I have fulfilled and exceeded the financial terms of our 2017 agreement. Despite this, and despite my continued payment of taxes and property improvements, the deed has not been transferred into my name as promised.

This statement formally documents:

1. The existence of the 2017 verbal agreement
2. My financial performance and overpayment under that agreement
3. My assumption of ownership related responsibilities, including taxes

My substantial investment in remodeling and property improvements

Sincerely,

Danielle M. Fairley

*[signature]*

February 09, 2026

Signed under penalty of perjury

Legal Interest in Property!



Danielle M. Fairley
11739 Heyden St.
Detroit, MI 48228

U.S. MARSHALS

United States District Court for
the Eastern District of Michigan
Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room 599
Detroit, MI 48226

RECEIVED
MAR 04 2026
CLERK'S OFFICE
DETROIT