UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,                Case Nos. 25-mc-50559
                                        Honorable Susan K. DeClercq

vs.

William A. Smith,

                Defendant,

Kimberly Smith, et al.,

                Petitioners.

---

## Stipulated Scheduling Order

---

This is an ancillary proceeding governed by, *inter alia,* Federal Rule of Criminal Procedure 32.2(c), initiated by a criminal judgment which includes forfeiture and third-party petitions to certain property pursuant to Rule 32.2(c). "[B]efore conducting a hearing on the petition, the court may permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is necessary or desirable to resolve factual issues." FED. R. CRIM. P. 32.2(c)(1)(b).

The parties—Plaintiff and Petitioners—have accordingly conferred and agree that both discovery and concurrent settlement negotiations are warranted.

The United States intends to seek interlocutory sales of certain seized vehicles and real properties—either by motion or stipulation—which may resolve the petitions of various lien holders. However, discovery is anticipated with other petitioners, including with Petitioner Kimberly Smith and Petitioner Darrell Greer.

To facilitate judicial economy and a just litigation of this matter, the parties therefore agree to the following schedule:

| Event | Date |
|---|---|
| **Interlocutory Sales –** Parties to submit proposed orders | At any time |
| **Fact Discovery Opens** | March 27, 2026 |
| **Fact Discovery Closes** | July 20, 2025 |
| **Facilitation/Mediation Deadline –** Parties to mediate with a Magistrate Judge by this date to the extent settlement negotiations not concluded | October 20, 2026 |
| **Dispositive Motions Due** (*See* Fed. R. Crim. Pro. 32.2(c)(1)(A and B)) | November 18, 2026 |
| **Hearing on Petitions** | To be set for the week of December 30, 2026 |

The United States has obtained the signatures below, as well as conferred with all Petitioners to the case, making modifications to fit their schedule requests. In short, all Petitioners have stated that they do not object to the schedule[1], except that

---

[1] The following Petitioners agreed to the schedule, in addition to the signatories below: Select Portfolio Servicing Inc.; Federal Home Loan Mortgage Corporation, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as

the United States—while attempting to confer—has not heard a definitive position on the proposed schedule for Petitioners Nailah Ellis,[2] and Danielle Fairley.

**IT IS SO STIPULATED:**

JEROME F. GORGON JR.
United States Attorney

*S/K. Craig Welkener*
K. Craig Welkener (DC 1033585)
Jessica A. Nathan (TX 24090291)
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248 (Welkener)
(313) 226-9643 (Nathan)
Kenton.Welkener@usdoj.gov
Jessica.Nathan@usdoj.gov

Dated: March 24, 2026

*/s/Todd R. Perkins (with consent)*
Todd R. Perkins, Esq.
Counsel for Petitioner Kimberly Smith
615 Griswold Street, Suite 400
Detroit, MI 48226
(313) 964-1702
tperkins@perkinslawgroup.net

*/s/Adam Clements (with consent)*
Adam Clements, Esq.
Counsel for Petitioner Darrell Greer
615 Griswold Street, Suite 400
Detroit, MI 48226
(313) 964-1702
tperkins@perkinslawgroup.net

Dated: March 24, 2024

---

Owner Trustee of OBX 2024-NQM13 Trust; Onity Group Inc.; Shellpoint Mortgage Servicing; U.S. Bank; Old National Bank by and through its servicer, JPMorgan Chase Bank, N.A.; US Bank Trust Company, National Association, as Trustee, As Successor-in-interest to U,S, Bank National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3, Serviced by Shellpoint Mortgage Servicing; Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1, and MacRay Properties II, LLC. Some of these petitions are docketed in 25-mc-51245.

[2] The United States has received a copy of a petition for Ms. Ellis, file stamped by the clerk's office on 9/16/25 but not apparently docketed. The United States has been in phone communication with Ms. Ellis, and intends to seek a separate stipulation with her to docket her petition under this same case, 25-mc-50559.

3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

/s/ *Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 31, 2026