UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILLIAM A. SMITH,

     Defendant.

_____/

Case No. 2:25-mc-50559

Honorable Susan K. DeClercq
United States District Judge

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL

Upon the stipulation of counsel as evidenced by the signatures below:

It is **ORDERED** that Schneiderman & Sherman P.C. is hereby **SUBSTITUTED** as counsel for Petitioner U.S. Bank Trust Company, National Association, as Trustee, as Successor-In-Interest to U.S. Bank National Association, as Trust for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3 / Serviced by Shellpoint Mortgage Servicing, in the place and stead of Orlans Law Group PLLC .

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 17, 2026

- 2 -

**Stipulated and agreed to by:**

By:  /s/ *Sogol I. Plagany* with consent
    Sogol I. Plagany (P69690)
    Orlans Law Group PLLC
    1650 West Big Beaver Road
    Troy, MI  48084
    (248) 502-1359

By:  /s/ *Melissa Z. Prantzalos*
    Melissa Z. Prantzalos (P70666)
    Schneiderman & Sherman P.C.
    23938 Research Drive, Suite 300
    Farmington  Hills, MI  48335
    (248) 539-7400