UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM A. SMITH,

Defendant.
_______________________________/

Case Nos. 2:24-cr-20532;
2:25-mc-50559

Honorable Susan K. DeClercq
United States District Judge

**STIPULATED ORDER EXTENDING TIME TO FILE STIPULATION RESOLVING THE STATUS OF THE RETIREMENT ACCOUNTS**

On September 11, 2026, this Court entered an Opinion and Order directing attorney Gerald K. Evelyn to file, on or before September 30, 2026, a petition for any outstanding attorney's fees for services rendered between April 24, 2024, and September 24, 2024, not covered by the $50,000 retainer. Case No. 2:25-mc-50559, ECF No. 32. The Order further provides that if Mr. Evelyn is not owed any remainder, he is to work with the Government to file a stipulation to that effect or a stipulated, amended preliminary order of forfeiture resolving the statuses of the retirement accounts. *Id.*

Mr. Evelyn has advised the Court and the Government that he will not file a petition for additional attorney's fees. The Parties need additional time to confer and

prepare the stipulated order of forfeiture contemplated by the Order. The Parties therefore stipulate and agree, and the Court finds good cause, as follows:

It is **ORDERED** that Mr. Evelyn and the Government shall file a stipulated, amended order of forfeiture resolving the statuses of the retirement accounts, in Case Nos. 2:25-mc-50559 and 2:24-cr-20532, noting that Mr. Evelyn is not owed any attorney's fees beyond the $50,000 retainer, **on or before October 21, 2026**.

It is further **ORDERED** that all other provisions of the Court's September 11, 2026, Opinion and Order remain in effect.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 7, 2026

**Stipulated and agreed to by:**

s/ *K. Craig Welkener* (with consent)
K. CRAIG WELKENER
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 269-4796
kenton.welkener@usdoj.gov
Counsel for the United States

s/ *Gerald K. Evelyn*
GERALD K. EVELYN (P29182)
409 East Jefferson Avenue, Suite 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com
Counsel for Defendant William A. Smith

Dated: September 30, 2026