2

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 25-mc-50559-SKD

WILLIAM A. SMITH, Hon. Susan K. DeClercq

Defendant.

FILED
OCT 14 2026
CLERK'S OFFICE
DETROIT

**THIRD-PARTY PETITIONER NAILAH ELLIS'S MOTION FOR REFERRAL TO A MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Third-party petitioner Nailah Ellis, appearing without counsel, respectfully moves the Court to refer the pending ancillary forfeiture dispute involving her petition to a United States Magistrate Judge for a settlement conference, and states:

1. The Court's Stipulated Scheduling Order (ECF No. 13 in Case No. 25-mc-50559) establishes October 20, 2026 as the deadline for facilitation/mediation with a Magistrate Judge to the extent settlement negotiations have not concluded.

2. Ms. Ellis has a pending third-party petition in this ancillary proceeding (ECF No. 31).

3. Ms. Ellis and counsel for the United States have engaged in settlement discussions, but no final settlement agreement has been reached.

4. In an email dated October 2, 2026, Assistant United States Attorney K. Craig Welkener expressly agreed to proceed with mediation, stating: "We are happy to proceed with mediation."

5. Ms. Ellis has attempted to obtain procedural guidance regarding scheduling from the assigned District Judge's case manager and chambers, including by leaving voicemail messages, and has attempted to reach the Clerk's Office by telephone, without receiving a response as of the date of this motion.

6. Given the approaching October 20 deadline, Ms. Ellis requests prompt referral for a settlement conference before a Magistrate Judge pursuant to E.D. Mich. LR 16.6 and the existing scheduling order. Ms. Ellis remains willing to participate in good-faith settlement discussions.

CONCURRENCE UNDER E.D. MICH. LR 7.1(a)

Ms. Ellis requested concurrence in proceeding to Magistrate Judge mediation. On October 2, 2026, AUSA K. Craig Welkener confirmed in writing: "We are happy to proceed with mediation." The United States therefore concurs in proceeding with mediation.

**REQUEST FOR RELIEF**

Ms. Ellis respectfully requests that the Court (1) refer the matter to a Magistrate Judge for a settlement conference; (2) direct the parties to coordinate scheduling promptly, preferably before October 20, 2026; and (3) if a conference cannot reasonably be completed by that date, clarify or extend the mediation deadline as appropriate. Ms. Ellis requests no ruling on the merits of any property claim through this motion.

Respectfully submitted,

Nailah Ellis

Nailah Ellis, Third-Party Petitioner, Pro Se

Mailing address: 6950 Telegraph Rd, Apt 131, Bloomfield Township, MI 48301

[redacted]

Email: nailahellis@yahoo.com

Date: October 14, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, I served a copy of this motion upon Assistant United States Attorney K. Craig Welkener, counsel for the United States, by email at kenton.welkener@usdoj.gov.

Nailah Ellis